UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **LEOLA LEE** | : | **DOCKET NO. 1:22-cv-04299** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **ALLSTATE VEHICLE &** **PROPERTY INSURANCE CO.** | : | **MAGISTRATE JUDGE LEBLANC** |

## ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 32], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED** that the Report and Recommendation [doc. 32] is **ADOPTED.** Accordingly,

**IT IS ORDERED** that the Motion to Dismiss [Doc. 29] be **DENIED**. The defendant may file a motion for summary judgment.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 11th day of September, 2024.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE